**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**Case No. 2:24-cv-00008-JLB-NPM**

SANDRA WURM,

     Plaintiff,

v.

MAELYS COSMETICS USA, INC.,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that the Parties have settled this matter. The Parties respectfully request that they be relieved of all pending deadlines and obligations. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

Respectfully submitted,

Joshua A. Glickman, Esq.
Florida Bar No. 43994
josh@sjlawcollective.com
Shawn A. Heller, Esq.
Florida Bar No. 46346
shawn@sjlawcollective.com

Social Justice Law Collective, PL
974 Howard Ave.
Dunedin, FL 34698
(202) 709-5744

(866) 893-0416 (Fax)
Attorneys for the Plaintiff

By:  *s/ Joshua A. Glickman*
          Joshua A. Glickman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 5th day of January, 2024, which will send a notice of electronic filing to all attorneys of record.

By:  *s/ Joshua A. Glickman*
          Joshua A. Glickman, Esq.